IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:10-cr-00005 |
| v. | ORDER |
| PAUL MICHAEL JOHNSON,<br>  Petitioner. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's letter (Dkt. No. 85) is **CONSTRUED** and **DISMISSED** without prejudice as a successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

Entered:  April 14, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge